UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| JASMINE CLARK and SIMONE LEGREE, individually and on behalf of all other similarly situated individuals,<br><br>Plaintiffs,<br><br>v.<br><br>INTELENET AMERICA LLC (now known as Teleperformance Business Services US, LLC),<br><br>Defendant. | Case No. 2:18-cv-14052-MCA-JSA<br><br>Motion Day: June 21, 2021 |
| ANJELICA PICKETT, MINDY CHURCH, AND TAYLOR FETT, individually and on behalf of all other similarly situated individuals,<br><br>Plaintiffs,<br><br>v.<br><br>INTELENET AMERICA LLC (now known as Teleperformance Business Services US, LLC),<br><br>Defendant. | |

**PLAINTIFFS' UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS SETTLEMENT**

Plaintiffs, Jasmine Clark, Simone Legree, Anjelica Pickett, Mindy Church, and Taylor Fett, ("Plaintiffs"), on behalf of themselves and all other similarly

1

58218876;1

situated individuals, respectfully move unopposed, pursuant to Section 16(b) of the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 216(b), and Fed. R. Civ. P 23 for entry of an order (1) consolidating this action with the action *Anjelica Pickett, Mindy Church, and Taylor Fett v. Intelenet America, LLC*, Case No. _____ (D.N.J.) (formerly Case No. 2:19-cv-04574-PBT (E.D. Pa.)); (2) preliminarily approving the proposed settlement; (3) preliminarily certifying the Settlement Classes under Fed. R. Civ. P. 23; (4) preliminarily confirming Jason T. Brown and Nicholas Conlon of Brown, LLC, and Jason J. Thompson and Rod M. Johnston of Sommers Schwartz, P.C. as Class Counsel; (5) preliminarily confirming Jasmine Clark, Simone Legree, Anjelica Pickett, Mindy Church, and Taylor Fett as Class Representatives; (6) preliminarily confirming Simpluris, Inc. as the Claims Administrator; (7) approving notice to the Settlement Classes; and (8) scheduling a Final Approval Hearing.

This motion is based on the accompanying Brief, Stipulation of Settlement, Declaration of Plaintiffs' counsel Jason T. Brown, exhibits thereto (all filed contemporaneously herewith) and argument of Counsel. Defendant does not oppose the relief being requested.

Dated: May 28, 2021

                                              Respectfully submitted,

                                              /s Jason T. Brown
                                              Jason T. Brown (NJ Bar No. 35921996)
                                              Nicholas Conlon (NJ Bar No. 34052013)
                                              BROWN, LLC

111 Town Square Place, Suite 400
Jersey City, NJ 07310
Phone: (877) 561-0000
jtb@jtblawgroup.com
nicholasconlon@jtblawgroup.com

Jason J. Thompson (admitted *pro hac vice*)
Rod M. Johnston (admitted *pro hac vice*)
SOMMERS SCHWARTZ, P.C.
One Towne Square, 17th Floor
Southfield, Michigan 48076
Phone: (248) 355-0300
jthompson@sommerspc.com
rjohnston@sommerspc.com

*Attorneys for Plaintiffs and the Putative Collective/Class Members*

## CERTIFICATE OF SERVICE

I certify that on May 28, 2021, I electronically filed the forgoing paper with the Clerk of the Court using the ECF system, which will send notification of such filing to all counsel of record.

/s Jason T. Brown
Jason T. Brown

58218876;1