UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| JASMINE CLARK and SIMONE LEGREE, individually and on behalf of all other similarly situated individuals,<br><br>Plaintiffs,<br><br>v.<br><br>INTELENET AMERICA LLC (now known as Teleperformance Business Services US, LLC),<br><br>Defendant. | Case No. 2:18-cv-14052-MCA-JSA |
| ANJELICA PICKETT, MINDY CHURCH, AND TAYLOR FETT, individually and on behalf of all other similarly situated individuals,<br><br>Plaintiffs,<br><br>v.<br><br>INTELENET AMERICA LLC (now known as Teleperformance Business Services US, LLC),<br><br>Defendant. | Case No. 21-cv-12506-MCA-JSA<br><br>Motion Day: October 4, 2021<br><br>Hearing Date: September 8, 2021 at 2:00 p.m. |

## PLAINTIFFS' MOTION FOR FINAL APPROVAL OF CLASS SETTLEMENT

Plaintiffs, Jasmine Clark, Simone Legree, Anjelica Pickett, Mindy Church, and Taylor Fett, ("Plaintiffs"), on behalf of themselves and all other similarly

situated individuals, respectfully move pursuant to Section 16(b) of the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 216(b), and Fed. R. Civ. P 23 for entry of an order granting final approval of the parties' Stipulation of Settlement and entering final judgment in this action.

This motion is based on the Stipulation of Settlement and Declaration of Plaintiffs' counsel Jason T. Brown that were filed on May 28, 2021, (ECF Nos. 88-89), as well as the contemporaneously filed Supplemental Declaration of Mr. Brown, the Declarations of Christina Fowler (Project Manager for the Claims Administrator) and Plaintiffs' counsel Jason J. Thompson (filed as Exhibits 1 and 2 hereto), and argument of Counsel.

Dated: September 6, 2021

                    Respectfully submitted,

                    /s Jason T. Brown
                    Jason T. Brown (NJ Bar No. 35921996)
                    Nicholas Conlon (NJ Bar No. 34052013)
                    BROWN, LLC
                    111 Town Square Place, Suite 400
                    Jersey City, NJ 07310
                    Phone: (877) 561-0000
                    jtb@jtblawgroup.com
                    nicholasconlon@jtblawgroup.com

                    Jason J. Thompson (admitted *pro hac vice*)
                    Rod M. Johnston (admitted *pro hac*

*vice*)
SOMMERS SCHWARTZ, P.C.
One Towne Square, 17th Floor
Southfield, Michigan 48076
Phone: (248) 355-0300
jthompson@sommerspc.com
rjohnston@sommerspc.com

*Class Counsel*

## CERTIFICATE OF SERVICE

I certify that on September 6, 2021, I electronically filed the forgoing paper with the Clerk of the Court using the ECF system, which will send notification of such filing to all counsel of record.

/s Jason T. Brown
Jason T. Brown

3