UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| JASMINE CLARK and SIMONE LEGREE, individually and on behalf of all other similarly situated individuals,<br><br>Plaintiffs,<br><br>v.<br><br>INTELENET AMERICA LLC (now known as Teleperformance Business Services US, LLC),<br><br>Defendant. | Case No. 2:18-cv-14052-MCA-JSA |
| ANJELICA PICKETT, MINDY CHURCH, AND TAYLOR FETT, individually and on behalf of all other similarly situated individuals,<br><br>Plaintiffs,<br><br>v.<br><br>INTELENET AMERICA LLC (now known as Teleperformance Business Services US, LLC),<br><br>Defendant. | Case No. 21-cv-12506-MCA-JSA |

**ORDER GRANTING FINAL APPROVAL OF SETTLEMENT**

Plaintiffs Jasmine Clark, Simone Legree, Anjelica Pickett, Mindy Church, and Taylor Fett ("Plaintiffs") Motion for Final Approval of Class Action

1

Settlement (the "Final Approval Motion") was heard by this Court on September 8, 2021 at 2:00 pm. The Court, having considered the Stipulation of Settlement, Final Approval Motion, supporting papers, and the parties' evidence and argument, and good cause appearing, hereby grants final approval of the Settlement and enters final judgment. Capitalized terms in this Final Approval Order shall have the definitions set forth in the Stipulation of Settlement.

IT IS HEREBY ORDERED:

1. Pursuant to this Court's Preliminary Approval Order, the Class Notice was mailed to each Settlement Class Member. The Class Notice informed Settlement Class Members of the terms of the Settlement, their right to be excluded from the Settlement and pursue their own remedies, their right to object to the Settlement, and their right to appear in person or by counsel at the Final Approval Hearing and be heard regarding approval of the Settlement. The Court finds that Settlement Class Members were afforded adequate time for each of these procedures.

2. The Court finds and determines that this notice procedure afforded adequate protections to Settlement Class Members. The Court further finds and determines that the Class Notice and the notice procedures were the best notice practicable and satisfied the requirements of the law and due process. Accordingly,

Settlement Class Member responses to the Class Notice provide the basis for the Court to make an informed decision regarding approval of the Settlement.

3. No Settlement Class Member filed written objections to the proposed Settlement as part of this notice process or stated an intent to appear and object at the Final Approval Hearing.

4. The Court finds and determines that the terms of the Settlement are fair, reasonable and adequate to Settlement Class Members, that Participating Class Members will be bound by the Settlement, that the Settlement is finally approved, and that all terms and provisions of the Settlement should, and hereby are ordered to, be consummated.

5. The Court finds and determines that the Settlement Payments to be paid to Participating Class Members are fair and reasonable. The Court hereby orders that payment of those amounts be made to Participating Class Members out of the Net Settlement Amount in accordance with the terms of the Stipulation of Settlement.

6. The Court hereby grants final approval of Attorneys' Fees and Lawsuit Costs to Class Counsel in the total amount of $566,666.67 in attorneys' fees and $27,052.37 in litigation expenses, to be paid out of the Gross Settlement Amount in accordance with the Stipulation of Settlement.

7. As of the Effective Date of the Stipulation of Settlement, Participating Class Members shall be deemed to have, and by operation of this Final Approval Order and the final judgment entered in connection with this Final Approval Order shall have, fully and irrevocably released and forever discharged the Released Parties from all Non-FLSA Released Claims, as more fully set forth in the Stipulation of Settlement.

8. Additionally, as of the Effective Date of the Stipulation of Settlement, Participating Class Members who cash, deposit or otherwise negotiate their Settlement Checks shall be deemed to have, and by operation of this Final Approval Order and the final judgment entered in connection with this Final Approval Order shall have, opted into this Lawsuit/Settlement for purposes of the Fair Labor Standards Act (FLSA) and shall be deemed to have fully and irrevocably released and forever discharged the Released Parties from all FLSA Released Claims, as more fully set forth in the Stipulation of Settlement.

9. The Clerk shall enter final judgment consistent with this Final Approval Order.

10. Without affecting the finality of this Final Approval Order in any way, the terms of the Stipulation of Settlement are incorporated herein by reference and the Court retains jurisdiction of all matters relating to the interpretation,

administration, implementation, effectuation, and enforcement of this Final Approval Order and the Settlement.

11.  The Parties are hereby ordered to comply with the terms of the Stipulation of Settlement.

Dated: 9/8/21  _____
                          Hon. Madeline Cox Arleo
                          United States District Judge